**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Acushnet Company, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Thomas Allan Thiede a/k/a Thomas Thiede a/k/a Tom Thiede a/k/a Tom T., an individual, d/b/a Showcase Studios d/b/a Showcase Companies d/b/a Showcase Architectural Products d/b/a Showcase Custom Homes, Inc. d/b/a Makeovermygaragedoor.com; Dualwin Sporting Goods Co., Ltd., an unincorporated foreign business entity; and Does 1-5 and Does 1-10,<br><br>Defendants. | No. CV 12-02508-PHX-JAT<br><br>**ORDER**<br><br>**[Filed Under Seal]** |

Plaintiff has asked the Court to extend the Court's December 5, 2012, Temporary Restraining Order ("Original TRO") (Doc. 17) to include a newly identified Defendant, Dualwin Sporting Goods Co., Ltd., a foreign business entity ("Dualwin"), which has been identified as the supplier of counterfeit Acushnet branded golf club head covers to Defendant Thomas Allan Thiede ("Thiede"). (Doc. 27 at 2-3). Specifically Plaintiff asks the Court to extend the Original TRO to Dualwin, including the asset restraint portion thereof to allow for the restraint of the

Paypal and related bank accounts in the name of Dualwin Sporting Goods Co., Ltd. and/or dualwin@yahoo.cn, and xihaianshancheng@126.com.  (Doc. 27 at 4).

The Court notes, however, that the Original TRO granted far more than a restraint of Paypal and related bank accounts.  The Original TRO authorized Plaintiff to physically seize Thiede's property at a specific Court approved location, appointed custodians over the property, and set a bond of $10,000.00 for the seized property. (Doc. 17 at 6-8).  The Original TRO was issued on December 5, 2012, and set a Preliminary Injunction Hearing for December 19, 2012. (*Id*. at 11).  Today's date is December 12, 2012, and Plaintiff is asking the Court to extend the same unchanged order to a foreign defendant while giving that defendant half the time Thiede was given to appear before the Court.  Further, Plaintiff is asking for an *ex parte* order granting their requests, but Plaintiff has merely said that the Court has personal jurisdiction over Dualwin because Dualwin has the requisite minimum contacts with this Judicial District and the State of Arizona.   (Doc. 24 at 2).   Based on the allegations of Plaintiff, it appears Dualwin has the requisite minimum contacts for in personam jurisdiction.  The Court, however, finds Plaintiff's request overly broad on this record and in need of further justification (including applying the *Winter* factors and justifying issuing a TRO without notice under Rule 65) for such an extraordinary measure to be reasonable against a foreign entity.

Further, because Thiede has been served the Court no longer sees good reason for this case to remain sealed.

Based on the foregoing,

**IT IS ORDERED** denying without prejudice Plaintiff's Emergency Ex Parte Motion for Order Extending the Temporary Restraining Order and the Order Restraining Transfer of Assets to Include Newly Identified Defendant.  (Doc. 27).

//

//

**IT IS FURTHER ORDERED** that Plaintiff shall file a motion to keep the file sealed by December 19, 2012. If Plaintiff declines to file a motion by December 19, 2012, the file shall be unsealed.

Dated this 12th day of December, 2012.

James A. Teilborg
United States District Judge

Copies to Only: Counsel for Plaintiff.