**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Acushnet Company, a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>Thomas Allan Thiede a/k/a Thomas Thiede a/k/a Tom Thiede a/k/a Tom T., an individual, d/b/a Showcase Studios d/b/a Showcase Companies d/b/a Showcase Architectural Products d/b/a Showcase Custom Homes, Inc. d/b/a Makeovermygaragedoor.com and Does 1-10,<br><br>              Defendants. | No. CV 12-02508-PHX-JAT<br><br>**STIPULATED CONSENT PRELIMINARY INJUNCTION AND ORDER CONFIRMING SEIZURE**<br><br>[FILED UNDER SEAL] |

WHEREAS, this action having been commenced by Plaintiff, Acushnet Company ("Acushnet" or "Plaintiff") against the Defendant, Thomas Allan Thiede a/k/a Thomas Thiede a/k/a Tom Thiede a/k/a Tom T., an individual, d/b/a Showcase Studios d/b/a Showcase Companies d/b/a Showcase Architectural Products d/b/a Showcase Custom Homes, Inc. d/b/a Makeovermygaragedoor.com, alleging *inter alia*, trademark infringement, trademark counterfeiting, false designation of origin, and common law trademark infringement, and a copy of the Summons, Verified Complaint, Temporary Restraining Order and Seizure Order, supporting papers, and Orders issued to date having been served upon the Defendant:

I. **ORDER**

IT IS STIPULATED, ORDER, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2. Acushnet is the owner, and/or exclusive licensee, of the following United States Federal Trademark Registrations:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| (crown logo) | 2,620,432 | September 17, 2002 | IC 28- Golf clubs and accessories, namely golf tees, golf gloves, golf bags, golf putters, golf drivers, golf woods, golf irons, golf green repair tools, golf club covers, and golf bag covers. |
| SCOTTY CAMERON | 2,525,024 | January 1, 2002 | IC 28 – Golf clubs and accessories thereof |
| TITLEIST | 934,406 | May, 23, 1972 | IC 28- Golf equipment comprising golf balls, golf clubs, golf bags, golf gloves and golf covers |
| *Titleist* (script logo) | 1,155,766 | May 26, 1981 | IC 28- Golf Equipment-Namely, Golf Balls, Golf Clubs and Golf Bags. |
| (circle T logo) | 3,376,961 | February 5, 2008 | IC 24 – Golf towels<br><br>IC 25 – Clothing, namely, jackets, shirts, hats and visors<br><br>IC 28 – Golf equipment, namely, golf putters, golf club head covers, golf club grips and divot tools |
| TOUR RAT | 4,189,312 | August 14, 2012 | IC 28 – Golf balls; golf putter covers |

1   All of these United States Trademark Registrations are registered in International
2   Class 28 and used in connection with the manufacture and distribution of, among
3   other things, high quality golf club headcovers.  Additionally, Acushnet is the owner
4   of all common law rights in and to the Marks JUNKYARD DOG and SCOTTY'S
5   CUSTOM SHOP as associated with clothing, including shirts and golf club
6   headcovers (the above-identified common law and registered marks shall
7   collectively be referred to herein as the "Acushnet Marks").

8        3.     Defendant and his respective officers, agents, servants, employees, and
9   attorneys, and all persons in active concert and participation with them are hereby
10  restrained and enjoined, pending termination of this action, from, intentionally and/or
11  knowingly:

    A.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the Acushnet Marks;

    B.    using the Plaintiff's Marks in connection with the manufacturing and/or sale of any unauthorized goods;

    C.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiff;

    D.    using any reproduction, counterfeit, copy, or colorable imitation of the Acushnet Marks in connection with the publicity, promotion, sale or advertising of any goods sold by the Defendant, including, without limitation, clothing, including shirts, and golf club headcovers;

    E.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation,

3

          including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of the Plaintiff, or in any way endorsed by the Plaintiff;

  F. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

  G. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Acushnet Marks; and

  H. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (G).

  4. Upon receipt of notice of this Order, Paypal, Inc. ("Paypal") and any related companies and affiliates, shall, to the extent not already done, immediately restrain and limit all accounts controlled and\or used by the Defendant and/or his aliases identified above and/or in the name of Showcase Studios, Showcase Companies, Showcase Architectural Products, Showcase Custom Homes, Inc., Makeovermygaragedoor.com and/or showcasecompanies@cox.net;

  5. Paypal shall further, to the extent not already done, within five (5) days of receiving this Order, provide Plaintiff's counsel with all data which identifies the accounts frozen as well as an accounting of the funds in the restrained accounts. Such restraint of the accounts and the disclosure of the related financial institution account information shall be made without prior notice to the account owners or the financial institutions until further order of this Court;

4

6.     Any financial institutions, and any related companies and affiliates, including those identified by Paypal in connection with Paragraphs 4 and 5 above (the "Financial Institutions"), which hold funds on behalf of or derived from the Defendant's business, upon receipt of notice of this Order, shall immediately, to the extent not already done, restrain and limit all accounts controlled and\or used by the Defendant and/or his aliases identified above and/or in the name of Showcase Studios, Showcase Companies, Showcase Architectural Products, Showcase Custom Homes, Inc., Makeovermygaragedoor.com and/or showcasecompanies@cox.net;

7.     The Financial Institutions shall further, to the extent not already done, within five (5) days of receiving this Order, provide Plaintiff's counsel with all data which identifies the accounts restrained as well as an accounting of the funds in the restrained accounts.  Such restraint of the accounts and the disclosure of the related financial institution account information shall be made without prior notice to the account owners or the financial institutions until further order of this Court;

8.     The seizure affected on December 6, 2012 pursuant to this Court's Order is hereby confirmed and the hearings scheduled for December 19, 2012 at 1:30 p.m. MST are hereby canceled.

**II.    CONCLUSION**

Based on the foregoing,

**IT IS ORDERED THAT** the parties' Stipulation for Entry of Stipulated Consent Preliminary Injunction and Order Confirming Seizure (Doc. 21) is granted.

Dated this 17th day of December, 2012.

James A. Teilborg
United States District Judge

Copies to only:  Counsel for Plaintiff and Counsel for Defendant

5